United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYANT,<br>             Plaintiff,<br>     v.<br>U.S. POSTMASTER GENERAL,<br>             Defendant. | Case No. 14-cv-05374-EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a Case Management Conference on March 10, 2015. Plaintiff failed to appear, and he since explained that he had a medical emergency. Defendant was represented by Rebecca Falk of the United States Attorney's Office.

Defendant's counsel informed the Court that Defendant has not been correctly served pursuant to Federal Rule of Civil Procedure 4(i) because the United States Attorney's Office and the Attorney General were not served. Because the Court granted Plaintiff's Application to Proceed In Forma Pauperis, the United States Marshal's Office is responsible for service of Plaintiff's complaint and summons. Therefore, the Court orders the Marshal's Office to re-serve Plaintiff's complaint and summons in accordance with Rule 4(i).

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge